UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PHILIP LEE ACTLIS | CIV. ACTION NO. 5:21-01570 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this ____ day of February 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELIZABETH E. FOOTE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE